UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crim No. 06-64

UNITED STATES OF AMERICA v. Frederick Parisi
                                    Defendant
PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1.  Frederick Parisi(ID#18077), is now confined in Morris County Jail.

2.  Said individual will be required at the United States District
Court before the Honorable William H. Walls on Thursday, May 15,
2008, at 10:30 a.m. for an Arraignment Hearing in the captioned case,
in which he is a defendant and a Writ of Habeas Corpus should be
issued for that purpose.

DATED: May 8, 2008

_____
Assistant United States Attorney
Petitioner BRADLEY HARSCH

ORDER FOR WRIT:  Let the Writ Issue.

DATED: 9 May 2008

_____
HON. WILLIAM H. WALLS
UNITED STATES DISTRICT SENIOR JUDGE

WRIT OF HABEAS CORPUS:  The United States of America to

WARDEN, Morris County Jail
WE COMMAND YOU that you have the body of Frederick Parisi(by whatever
name called or charged) now confined in Morris County Jail brought to
the United States District Court before the Honorable William H. Walls
in Newark, New Jersey on Thursday, May 15, 2008 at 10:30 am, for an
Arraignment Hearing in the above-captioned matter.  Immediately on
completion of the proceedings, defendant will be returned to said
place of confinement in a safe and secure manner.

WITNESS the Honorable William H. Walls
United States District Senior Judge at Newark, NJ.

DATED: 9 May 2008

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
          Deputy Clerks