UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crim No. _____

UNITED STATES OF AMERICA v. <u>Frederick Parisi</u>_____
                                         Defendant
PETITION FOR WRIT OF HABEAS CORPUS:   Your petitioner shows that

1. <u>Frederick Parisi(ID#18077)</u>, is now confined in <u>Morris County Jail</u>.

2. Said individual will be required at the <u>United States District Court</u> before the <u>Honorable William H. Walls.</u> on <u>Wednesday, June 25, 2008</u>, at <u>9:30 a.m.</u> for a <u>Plea Hearing</u> in the captioned case, in which <u>he</u> is a <u>defendant</u> and a Writ of Habeas Corpus should be issued for that purpose.

DATED: June 4, 2008

_____
Assistant United States Attorney
Petitioner BRADLEY HARSCH

---

ORDER FOR WRIT:   Let the Writ Issue.

DATED: 11 June 2008

_____
HON. WILLIAM H. WALLS
UNITED STATES DISTRICT SENIOR JUDGE

---

WRIT OF HABEAS CORPUS:   The United States of America to

<u>WARDEN, Morris County Jail</u>_____
WE COMMAND YOU that you have the body of <u>Frederick Parisi</u>(by whatever name called or charged) now confined in <u>Morris County Jail</u> brought to the <u>United States District Court before the Honorable William H. Walls in Newark, New Jersey</u> on <u>Wednesday, June 25, 2008</u> at <u>9:30</u> am, for a <u>Plea Hearing</u> in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in a safe and secure manner.

           WITNESS the Honorable <u>William H. Walls</u>
           United States District Senior Judge at <u>Newark</u>, NJ.

DATED:                         WILLIAM T. WALSH
                               Clerk of the U.S. District Court
                               for the District of New Jersey

                               Per: _____
                                    Deputy Clerks