**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. |
| v. | : Mag. No. 06-00064-001 |
| | : |
| FREDERICK PARISI | : CONSENT ORDER |

THIS MATTER having been opened to the Court by Elizabeth H. Smith, Esq., counsel for the Defendant Frederick Parisi, Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Bradley Harsch, Assistant United States Attorney, appearing) for an order modifying the conditions of bail; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that the conditions of defendant's bail should be modified as follows:

1. Marcia Parisi, the wife of the defendant, shall be added as a third party custodian of the defendant.

2. The defendant will be permitted to assist in his family's move to 170 Cozy Lake Drive, Oak Ridge, New Jersey on April 10, 2009 from early morning until the move is complete on the evening of that day. From and after that date until his surrender date on June 3, 2009, the defendant will reside at 170 Cozy Lake Road, Oak Ridge, New Jersey.

3. The defendant shall be permitted to attend his son's baseball games and to pick up his children from school in Pequannock on a schedule to be determined by United States Pretrial Services.

4. Defendant shall comply with all previously imposed conditions of bail in accordance with instructions from the United States Pretrial Services.

*[signature]* 9 April 2009
Honorable William H. Walls
United States District Judge

Consented and Agreed to by:

*[signature]*
Elizabeth H. Smith, Esq.
Counsel for Frederick Parisi


_____
Bradley Harsch
Assistant United States Attorney

*[signature]*
Kenneth Rowan
United States Pretrial Services

5. Defendant shall comply with all previously imposed conditions of bail in accordance with instructions from the United States Pretrial Services.

_____
Honorable William H. Walls
United States District Judge

Consented and Agreed to by:

_____
Elizabeth H. Smith, Esq.
Counsel for Frederick Parisi

_____
Bradley Harsch
Assistant United States Attorney

_____
Kenneth Rowan
United States Pretrial Services