# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : Hon. William H. Walls, USDJ |
| v. | : Mag. No. 06-00064-001 |
| | : |
| **FREDERICK PARISI** | : **CONSENT ORDER** |

**THIS MATTER** having been opened to the Court by Elizabeth H. Smith, Esq., counsel for the Defendant Frederick Parisi, Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Bradley Harsch, Assistant United States Attorney, appearing) for an order modifying the conditions of bail; and for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that the conditions of defendant's bail should be modified as follows:

1. The defendant shall be permitted to leave his home on Sunday, May 10, 2009 from 10:00 a.m. until 4:00 p.m. in the company of his wife and his mother for recreational purposes. Defendant shall provide details of his plans and destination to Pretrial Services

2. Defendant shall comply with all previously imposed conditions of bail in accordance with instructions from the United States Pretrial Services.

_____
Honorable William H. Walls
United States District Judge

Consented and Agreed to by:

_____
Elizabeth H. Smith, Esq.
Counsel for Frederick Parisi

_____
Bradley Harsch
Assistant United States Attorney

_____
Kenneth Rowan
United States Pretrial Services